UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FOTONATION LIMITED and DIGITALOPTICS CORP. MEMS<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    Defendants. | No. 2:17-CV-669-RWS<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUPPLEMENTAL FACTS REGARDING CLAIM CONSTRUCTION**

FotoNation Limited and DigitalOptics Corp. MEMS ("FotoNation") respectfully submit this Notice of Supplemental Facts that are materially relevant to the parties' claim construction proposals, and the upcoming October 3, 2018 *Markman* hearing in this case.

On September 27, 2018, Samsung filed five petitions for *inter partes* review challenging claims from four of the asserted patents in this case: U.S. Patent Nos. 7,575,016, 8,908,932, 7,860,274, and 8,331,715. *See* Exhibits 1-5. Samsung's IPR petitions take claim construction positions that undermine—and contradict—the claim construction positions Samsung proposes to

this Court. As just one example, although Samsung argues here that "fill flash" cannot be digitally-added (Dkt. 134 at 20), it admits in its IPR that "the '274 patent discloses that the concepts of fill flash can be implemented in various ways *including adding exposure digitally*" and that the prior art anticipates or renders obvious the claims because it allegedly "discloses at least the *digital embodiment* of fill flash." Ex. 1 at 9, n.6 (emphasis added). FotoNation will further explain the import of this and other admissions Samsung made in its IPR petitions at the *Markman* hearing.

October 1, 2018                          */s/ Julie M. Holloway*

                                        Matthew J. Moore
matthew.moore@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel: 202-637-2200
Fax: 202-637-2201

Julie M. Holloway
julie.holloway@lw.com
Kyle A. Virgien
kyle.virgien@lw.com
Blake Richard Davis
blake.davis@lw.com
Allison K Harms (pro hac vice)
allison.harms@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San, Francisco, CA 94111-2562
Tel: 415-391-0600
Fax: 415-395-8095

David Callahan (pro hac vice)
david.callahan@lw.com
**LATHAM & WATKINS LLP**
330 N Wabash Ave #2800
Chicago, IL 60611
Tel: 312-876 7700

S. Giri Pathmanaban
State Bar No. 24074865
giri.pathmanaban@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel: 650-328-4600
Fax: 650-463-2600

T. John Ward
State Bar No. 20848000
tjw@wsfirm.com
Claire Abernathy Henry
State Bar No. 24053063
claire@wsfirm.com

        Andrea L. Fair
        State Bar No. 24078488
        andrea@wsfirm.com
        **WARD, SMITH & HILL, PLLC**
        1507 Bill Owens Parkway
        Longview, TX 75604
        Tel: 903-757-6400
        Fax: 903-757-2323

        ***Attorneys for Plaintiffs FotoNation Limited and DigitalOptics Corp. MEMS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 1st day of October, 2018.

*/s/ Julie M. Holloway*
Julie M. Holloway
