IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FOTONATION LIMITED and DIGITALOPTICS CORP. MEMS,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | No. 2:17-cv-00669-RWS<br><br>**JURY TRIAL DEMANDED** |

**P.R. 4-5 AMENDED JOINT NOTICE REGARDING
CLAIM CONSTRUCTION CHART**

Pursuant to Patent Rule 4-5(d) and the Court's Docket Control Order (Dkt. 90), Plaintiffs FotoNation Limited and DigitalOptics Corp. MEMS ("FotoNation") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby file these Amended Joint Claim Construction Charts. The parties have agreed to constructions for five terms, which are attached as Appendix A. Attached as Appendix B are the claims with the disputed language in bold type, along with the parties' respective proposed constructions, and a column for the Court's construction. Appendix B includes a separate table for each of the patents-in-suit. A simplified version of Appendix B that groups the disputed terms based upon their priority is attached as Appendix C and may be more helpful for the Court's purposes.

Samsung has amended its proposed constructions of the following terms to narrow the disputes:

(a) Term No. 2: "main acquired image[s] / "main target image" ('218: Cl. 14; '897: Cl. 1,

1

4, 5, 14) (*see* Appendix B at 21, 25, 27, 28; Appendix C at 4). To narrow the disputes, Samsung has revised the phrase "full-size image" to "full resolution image" in its proposed construction.

(b) Term No. 3: "preview image stream" ('897: Cl. 1, 5) (*see* Appendix B at 24, 26, 27; Appendix C at 5). To narrow the disputes, Samsung has removed the phrase "full resolution" from its proposed construction.

The following terms listed in Table A are the terms wherein the parties agreed to a construction:

**Table A**

| Claim Term | Relevant Claims | Agreed Construction |
|---|---|---|
| "one or more acquisition parameters" | Claims 1 and 14 of the '897 Patent | "one or more parameters affecting image capture" |
| "positioner" | Claim 11 of the '829 patent | Plain and ordinary meaning |
| "portion of a stage system" | Claim 1 of the '829 patent | Plain and ordinary meaning |
| "degree of focus of said first group of pixels" | Claim 1 of the '715 patent | "indication of level of focus of said first group of pixels" |
| "adjusted value of degree of focus for the first group of pixels" | Claim 1 of the '715 patent | "indication of level of focus for which the first group of pixels is in focus" |

The following terms listed in Table B are in dispute and are listed in the order of their respective priority as agreed upon between the parties:

**Table B**

| No. | Terms | Relevant Claims |
|---|---|---|
| 1. | "tracking said face within said collection of low resolution images" | Claims 1, 5, and 9 of the '274 patent |
|  | "tracking said face image within said stream of images" | Claims 7 and 13 of the '932 patent |

2

| No. | Terms | Relevant Claims |
|---|---|---|
|  | "tracking the region of interest within a stream of digital images" | Claim 1 of the '715 patent |
|  | "tracking each of the different candidate face regions within further images of the image stream or a main target image with which said preview image stream is utilized, or both" | Claim 5 of the '897 patent |
|  | "tracking at least one group of pixels that corresponds to an image of a same face region across said collection of images" | Claim 1 of the '016 patent |
| 2. | "main acquired image[s]" | Claim 14 of the '218 patent |
|  |  | Claim 1, 4, 14 of the '897 patent |
|  | "main target image" | Claim 5 of the '897 patent |
| 3. | "preview image stream" | Claims 1 and 5 of the '897 patent |
| 4. | "applying different subsets of face detection windows to different subsets of the integral images" | Claim 5 of the '897 patent |
| 5. | "analyzing one or more characteristics of said region of said third preview image" | Claim 14 of the '897 patent |
| 6. | "concentrated face detection" | Claim 1 of the '218 patent |
| 7. | "an image stream of … reference images" | Claim 1 of the '218 patent |
|  | "a reference image stream" | Claims 1 and 26 of the '218 patent |
| 8. | "analyze one or more partial face regions" | Claim 29 of the '674 patent |
|  | "partial face region[s]" | Claim 29 of the '674 patent |
| 9. | "determining default values of one or more parameters" | Claims 1, 5, and 9 of the '274 patent |
|  |  | Claim 1 of the '016 patent |
| 10. | "stage system has at least one mechanical resonance frequency" | Claim 1 of the '829 patent |
|  | "stage system having one or more resonant frequencies" | Claim 11 of the '829 patent |
| 11. | "substantially zero" | Claim 11 of the '829 patent |
| 12. | "generating a waveform … the waveform not including the at least one mechanical resonance frequency" | Claim 1 of the '829 patent |
| 13. | "[selectively applying/applying] fill-flash" | Claims 8, 9, 14, and 15 of the '932 patent |

| No. | Terms | Relevant Claims |
|---|---|---|
|  | "automatically providing a fill flash" | Claims 1, 5, and 9 of the '274 patent |
| 14. | "acquiring a temporally sequential collection of two or more images" | Claim 1 of the '016 patent |
| 15. | "recognize one or more faces or types of faces, or both, within the first image" | Claim 40 of the '674 patent |
| 16. | "focus position of the region of interest" | Claim 1 of the '715 patent |
| 17. | "collection of low resolution images" | Claims 1, 5, and 9 of the '274 patent |

October 2, 2018

Respectfully submitted,

/s/ Andrea L. Fair

/s/ Marc Pensabene

Matthew J. Moore
matthew.moore@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel: 202-637-2200
Fax: 202-637-2201

Julie M. Holloway
State Bar No. 196942
julie.holloway@lw.com
Kyle A. Virgien
kyle.virgien@lw.com
Blake Richard Davis
blake.davis@lw.com
Allison K Harms (pro hac vice)
allison.harms@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Tel: 415-391-0600
Fax: 415-395-8095

David Callahan (pro hac vice)
david.callahan@lw.com
**LATHAM & WATKINS LLP**
330 N Wabash Ave #2800
Chicago, IL 60611
Tel: 312-876-7700
Fax: 312-993-9767

T. John Ward
State Bar No. 20848000
tjw@wsfirm.com
Claire Abernathy Henry
State Bar No. 24053063
claire@wsfirm.com
Andrea L. Fair
State Bar No. 24078488
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway

Mark Samuels (Cal. Bar. No. 107026)
msamuels@omm.com
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
Brian M. Cook (Cal. Bar No. 266181)
bcook@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Marc Pensabene (N.Y. Bar No. 2656361)
mpensabene@omm.com
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Melissa R. Smith
State Bar No. 24001351
melissa@gilliamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

5

Longview, TX 75604
Tel: 903-757-6400
Fax: 903-757-2323

***Attorneys for Plaintiffs FotoNation Limited
and DigitalOptics Corp. MEMS***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 2, 2018.

                                                  */s/  Marc Pensabene*
                                                  Marc Pensabene
                                                  O'Melveny & Myers LLP