IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FOTONATION LIMITED and DIGITALOPTICS CORP. MEMS,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>    **Defendants.** | Civil Action No. 2:17-cv-669<br><br>JURY TRIAL DEMANDED |

## ORDER

Having considered Plaintiffs FotoNation Limited and DigitalOptics Corp. MEMS and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s jointly filed Stipulation of Dismissal with Prejudice (Docket No. 193) pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court finds that dismissing this action, including all claims and defenses asserted therein, is proper. It is therefore

**ORDERED** that this action, including all claims and defenses asserted therein, is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

The Clerk of the Court is directed to close the case.

**SIGNED this 11th day of December, 2018.**

                                                ROBERT W. SCHROEDER III
                                                UNITED STATES DISTRICT JUDGE